UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Yakov Trakhtenberg,

    Plaintiff,

v.    Case No. 14-13854

Oakland County, *et al.*,    Sean F. Cox
    United States District Court Judge

    Defendants.
_____/

## ORDER STRIKING
## MOTIONS AND ASSOCIATED DOCUMENTS
## AND ORDERING THAT THEY BE RE-FILED

Several Motions for Summary Judgment, and associated documents, were filed in this matter today. Upon initial inspection of the documents, the Court observes that the parties have used the full name of an alleged victim of sexual abuse who was a minor at the time of the alleged events. Pursuant to Fed. R. Civ. P. 5.2, the Court hereby **STRIKES** Docket Entry Nos. 28, 29, 30, 31, and 32 from the docket.

**IT IS FURTHER ORDERED** that, within seven days of this order, the parties shall re-file these submissions after: 1) having replaced any and all references to the alleged minor sexual assault victim's name with her initials; and 2) after having carefully reviewed all motions, briefs, and exhibits to ensure that they have been redacted appropriately under Fed. R. Civ. P. 5.2(a). For example, Docket Entry No. 31-7 shows the full dates of birth for two individuals, rather than

redacting the dates of birth to show the year only, as required by Fed. R. Civ. P. 5.2(a)(2).

**IT IS SO ORDERED.**

                                             S/Sean F. Cox
                                             Sean F. Cox
                                             United States District Judge

Dated:  July 15, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 15, 2015, by electronic and/or ordinary mail.

                             S/Jennifer McCoy
                             Case Manager